IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID WEBB, )<br>  )<br>  Petitioner, )<br>  )<br>  v.  )<br>  )<br>UNITED STATES OF AMERICA, )<br>  )<br>  Respondent. ) | CIVIL ACTION NO.<br>2:19cv574-MHT<br>(WO) |

OPINION

Pursuant to 28 U.S.C. § 2241, petitioner, a federal inmate, filed this lawsuit seeking habeas relief. The United States Magistrate Judge construed the petition as a having been brought under 28 U.S.C. § 2255. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the construed § 2255 petition be dismissed for lack of jurisdiction. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 4th day of October, 2019.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE